UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SYLVESTER HILL,

    Plaintiff,

v.                                     Case No. 3:15cv312/MCR/CJK

R. HARRISON, et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated January 7, 2016. ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this order.

2.  This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of February, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**